1

2

3

4

5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   HELIO J LEAL de la HOZ,

9                          Plaintiff,              CASE NO. 2:18-cv-01370-JLR

10         v.                                      **ORDER GRANTING
                                                   APPLICATION TO PROCEED IN
11  GOVERNMENT OF THE UNITED                       FORMA PAUPERIS**
    STATES,
12

13         Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14  U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15  1915(e)(2)(B) before issuance of summons.

16         The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L.

17  Robart.

18         DATED this 18th day of September, 2018.

19

20                                          _____

21                                          BRIAN A. TSUCHIDA
                                            Chief United States Magistrate Judge
22

23