# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

HELIO J. LEAL DE LA HOZ,

          Plaintiff,

     v.

GOVERNMENT OF THE UNITED
STATES, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO. C18-1370JLR

___ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint is DISMISSED WITH PREJUDICE.  (*See* Order (Dkt. # 8) at 10.)

Filed this 29th day of November, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk