CASE NUMBER: 2:18-CV-01370 JLR
JUDGE: JAMES L. ROBART
FILING DATE: 09/13/2018
DEFENDANT: GOVERNMENT OF THE UNITED STATES
ATTN: OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000

PLAINTIFF: HELIO J. LEAL DE LA HOZ, 77 S. WASHINGTON ST.,
SEATTLE, WA, 98104
HMAIL2875@GMAIL.COM ; HELIOLEAL@UNIANDES.EDU.CO ; DIOGENEX@ICLOUD.COM ;

# MOTION
## CASE NO. 2:18-CV-01370 JLR
## JUDGE: JAMES L. ROBART
## FILING DATE: 09/13/2018

**From**

**PLAINTIFF:** Helio J. LEAL DE LA HOZ

77 S. Washington St.

Seattle, WA, 98104

Email: hmail2875@gmail.com ; diogenex@icloud.com ; helioleal@uniandes.edu

**Date: 11/26/2018**

**To**

OFFICE OF THE CLERK

**ATTN: WILLIAM M. MCCOL, LORI LANDIS**

U.S. Courthouse, lobby level

700 Steward St.

Seattle, WA, 98101

(206) 370-8400

**SUBJECT:**           Request to add two defendants
**ATTACHEMENTS:** "SUPPLEMENT 1 TO LIST OF DEFENDANTS"

Dear Sir or Madame,

The purpose of this **MOTION** is to ask the court to **add two defendants** to the "LIST OF DEFENDANTS.PDF" provided to the court as part of the initial filing of this Complaint.

This Plaintiff asks the Court to add the two defendants listed in the document **"SUPPLEMENT 1 TO LIST OF DEFENDANTS,"** **attached to this MOTION**, to the "LIST OF DEFENDANTS.PDF" provided to the court as part of the initial filing of this Complaint.

Sincerely,

CASE NUMBER: 2:18-CV-01370-JLR
JUDGE: JAMES L ROBART
FILING DATE: 09/13/2018
DEFENDANT: GOVERNMENT OF THE UNITED STATES
ATTN: OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000

PLAINTIFF: HELIO J. LEAL DE LA HOZ, 77 S. WASHINGTON ST.,
SEATTLE, WA, 98104
HMAIL2875@GMAIL.COM ; HELIOLEAL@UNIANDES.EDU.CO ; DIOGENEX@ICLOUD.COM ;

**HELIO J. LEAL, *PHD, CQF***
Hmail2875@gmail.com ; helioleal@uniandes.edu.co ; diogenex@icloud.com ;
LinkedIn ; Facebook ; Twitter ; GoFundMe;

DONATE TO THIS EFFORT at GOFUNDME:
HTTPS://WWW.GOFUNDME.COM/MMNPR-ATTORNEY-RETAINER-FEE

READ THE COMPLAINT AGAINST THE GOVERNMENT OF THE UNITED STATES:
HTTPS://1DRV.MS/F/S!AR2I4SNX-DCMHHEQQEPND0JKA9JF

FIND MY WILL AT
HTTPS://1DRV.MS/F/S!AR2I4SNX-DCMICVUMRGCUVXETAQ5

CASE NUMBER: 2:18-CV-01370-JLR
JUDGE: JAMES L ROBART
FILING DATE: 09/13/2018
DEFENDANT: GOVERNMENT OF THE UNITED STATES
ATTN: OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000
PLAINTIFF: HELIO J. LEAL DE LA HOZ, 77 S. WASHINGTON ST.,
SEATTLE, WA, 98104
HMAIL2875@GMAIL.COM ; HELIOLEAL@UNIANDES.EDU.CO ; DIOGENEX@ICLOUD.COM ;

# LIST OF DEFENDANTS

# SUPPLEMENT 1

APPLE INC.
ONE APPLE PARK WAY
CUPERTINO
CALIFORNIA, 95014 - 0642
HTTPS://WWW.APPLE.COM/
(408) 996 - 1010


UNIVERSIDAD DE LOS ANDES
CRA 1 NO. 18A-12 BOGOTÁ
COLOMBIA
POSTAL CODE 111711
HTTPS://UNIANDES.EDU.CO/
TELS: +571 3394949 - +571 3394999
EXTS. 3301, 5050 AND 1649



HELIO J. LEAL, *PHD, CQF*
Hmail2875@gmail.com ; helioleal@uniandes.edu.co ; diogenex@icloud.com ;
LinkedIn ; Facebook ; Twitter ; GoFundMe;

DONATE TO THIS EFFORT at GOFUNDME:
HTTPS://WWW.GOFUNDME.COM/MMNPR-ATTORNEY-RETAINER-FEE

READ THE COMPLAINT AGAINST THE GOVERNMENT OF THE UNITED STATES:
HTTPS://1DRV.MS/F/S!AR2I4SNX-DCMHHEQQEPND0JKA9JF

FIND MY WILL AT
HTTPS://1DRV.MS/F/S!AR2I4SNX-DCMICVUMRGCUVXETAQ5

FROM: HELIO J. LEAL DE LA HOZ
77 S. WASHINGTON ST
SEATTLE, WA 98104

TO: OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWARD ST.
SEATTLE, WA 98101

U.S. POSTAGE PAID
FCM LG ENV
SEATTLE, WA
98104
NOV 26, 18
AMOUNT
$1.00
R2305E125049-02

1000

98101