CASE NUMBER: 2:18-CV-01370 JLR
JUDGE: JAMES L ROBART
FILING DATE: 09/13/2018
DEFENDANT: GOVERNMENT OF THE UNITED STATES
ATTN: OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000

PLAINTIFF: HELIO J. LEAL DE LA HOZ, **77 S. WASHINGTON ST.,
SEATTLE, WA, 98104**

HMAIL2875@GMAIL.COM ; HELIOLEAL@UNIANDES.EDU.CO ; DIOGENEX@ICLOUD.COM ;

**From**
Helio J. **LEAL DE LA HOZ**
77 S. Washington St.
Seattle, WA, 98104
Email: hmail2875@gmail.com ; helioleal@uniandes.edu.co; diogenex@icloud.com ;
Date: 11/23/2018
**Case Number:** 2:18-CV-01370 JLR

**To**
OFFICE OF THE CLERK
**ATTN: WILLIAM M. MCCOL, LORI LANDIS**
U.S. Courthouse, lobby level
700 Steward St.
Seattle, WA, 98101

FILED
LODGED
RECEIVED

MAIL

NOV 28 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Dear **Sir or Madame**,

According to the Pro-Se Guide to Filing in Federal Court, **FRCP** (4) (c) (3):

(3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. **The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916.**

Consequently, because **the application to proceed IFP has been granted, I request that the court appoints a deputy marshal to execute the service of summons on the defendant.** In this case, according to FRCP 4(l)(1), Proving Service, I do not have to complete the Proof of Service section, page 2 of the Summons in a Civil Action form.

The summons must be served to the defendants in document **"1. LIST OF DEFENDANTS.PDF" included in the initial filing of this Complaint**, also attached to this letter. This document can also be downloaded from the following link:

https://1drv.ms/f/s!Ar2i4SNx-DCMiyHDdwEBzv9Eob9v

Thank you for the attention that you may give to this matter.

**HELIO J. LEAL, *PHD, CQF***
Hmail2875@gmail.com ; helioleal@uniandes.edu.co ; diogenex@icloud.com ;

CASE NUMBER: 2:18-CV-01370-JLR
JUDGE: JAMES L. ROBART
FILING DATE: 09/13/2018
DEFENDANT: GOVERNMENT OF THE UNITED STATES
ATTN: OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000
PLAINTIFF: HELIO J. LEAL DE LA HOZ, 77 S. WASHINGTON ST.,
SEATTLE, WA, 98104
HMAIL2875@GMAIL.COM ; HELIOLEAL@UNIANDES.EDU.CO ; DIOGENEX@ICLOUD.COM ;

THIS FILE WAS LAST UPDATED ON MONDAY, NOVEMBER 26, 2018
← END OF "LIST OF DEFENDANTS"

FROM: HELIO J. LEAL DE LA HOZ
77 S. WASHINGTON ST
SEATTLE, WA 98104

TO: OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWARD ST.
SEATTLE, WA 98101

U.S. POSTAGE PAID
FCM LG ENV
SEATTLE, WA
98104
NOV 26, 18
AMOUNT
$1.00
R2305E125049-02

UNITED STATES
POSTAL SERVICE

1000          98101

981 184499 C028