UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE UNITED STATES, <br><br> Defendant. | CASE NO. C18-1370JLR <br><br> ORDER STRIKING MOTIONS |

Before the court are two motions: (1) Plaintiff Helio J. de la Hoz's motion to add two defendants (Mot. to Add Defs. (Dkt. # 10)), and (2) Mr. de la Hoz's motion for an order directing the United States Marshal's Office to serve his complaint (Mot. to Serve (Dkt. # 11)). Neither motion is properly before the court.

On November 8, 2018, the court dismissed Mr. de la Hoz's complaint with prejudice and without leave to amend. (*See* Order (Dkt. # 8).) Thus, Mr. de la Hoz is not entitled to add any defendants to his dismissed complaint; nor is he entitled to have the

United States Marshal's Office serve his dismissed complaint. Accordingly, the court DENIES his motions (Dkt. ## 10, 11) and DIRECTS the Clerk not to accept any more filings in this matter unless it is a motion for reconsideration or a notice of appeal.

Dated this 30th day of November, 2018.

JAMES L. ROBART
United States District Judge