NIXIE 980 SE 1 0112/23/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 98101444285 *1595-00134-23-26

UNC
98101>4442

475,928

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.45[8]
0004275772 NOV 30 2018
MAILED FROM ZIP CODE 98057

Helio J Leal de la Hoz
77 SOUTH WASHINGTON ST
SEATTLE, WA 98104

FILED
LODGED
RECEIVED
MAIL
DEC 20 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

98104$2519 C031

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, | CASE NO. C18-1370JLR |
| Plaintiff, | ORDER STRIKING MOTIONS |
| v. | |
| GOVERNMENT OF THE UNITED STATES, | |
| Defendant. | |

Before the court are two motions:  (1) Plaintiff Helio J. de la Hoz's motion to add two defendants (Mot. to Add Defs. (Dkt. # 10)), and (2) Mr. de la Hoz's motion for an order directing the United States Marshal's Office to serve his complaint (Mot. to Serve (Dkt. # 11)).  Neither motion is properly before the court.

On November 8, 2018, the court dismissed Mr. de la Hoz's complaint with prejudice and without leave to amend.  (*See* Order (Dkt. # 8).)  Thus, Mr. de la Hoz is not entitled to add any defendants to his dismissed complaint; nor is he entitled to have the

ORDER - 1

United States Marshal's Office serve his dismissed complaint. Accordingly, the court DENIES his motions (Dkt. ## 10, 11) and DIRECTS the Clerk not to accept any more filings in this matter unless it is a motion for reconsideration or a notice of appeal.

Dated this 30th day of November, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2

## Orders on Motions

2:18-cv-01370-JLR Leal de la
Hoz v. Government of the United
States et al **CASE CLOSED on
11/08/2018**

CLOSED

## U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 11/30/2018 at 10:26 AM PST and filed on 11/30/2018

**Case Name:**      Leal de la Hoz v. Government of the United States et al

**Case Number:**    2:18-cv-01370-JLR

**Filer:**

**WARNING: CASE CLOSED on 11/08/2018**

**Document Number:** 12

**Docket Text:**
**ORDER STRIKING MOTIONS re plaintiff's [10] Motion to Add Two Defendants, and [11] Motion for an Order Directing US Marshal to Serve Complaint; directing the Clerk <u>not to accept anymore filings in this matter</u> unless it is a motion for reconsideration or a notice of appeal. Signed by Judge James L. Robart.(SWT) (cc: Plaintiff via USPS)**

**2:18-cv-01370-JLR Notice has been electronically mailed to:**

**2:18-cv-01370-JLR Notice will not be electronically mailed to:**

Helio J Leal de la Hoz
77 SOUTH WASHINGTON ST
SEATTLE, WA 98104

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=11/30/2018] [FileNumber=7370915-0] [bd00211a29bf16cfacfb9c371c0d5a54f3c3e9f7cd25ededeedbfa7eb94d704fe3 3d9611a5a2c41deaf45a74e5113d7127c113caef431fd7c4156f178fb6b5f1]]