

# DISTRICT COURT

T OF WASHINGTON

ATTLE

### JUDGMENT IN A CIVIL CASE

### CASE NO. C18-1370JLR

e the court for a trial by jury. The issues
red its verdict.

to consideration before the court. The
sion has been rendered.

VITH PREJUDICE.  (*See* Order (Dkt. # 8)

ILLIAM M. MCCOOL
erk of Court

Ashleigh Drecktrah
Deputy Clerk

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Helio J Leal de la Hoz
77 SOUTH WASHINGTON ST
SEATTLE, WA 98104

NIXIE       988  DE 1 036        0012/30/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 98101444285       *9426-09722-30-17